IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01405-ZLW

KYLE L. HOUSTON,

    Plaintiff,

v.

C. SHAMES (Physican [sic] at DRDC),
FRED G. HUDSON (Provider at DRDC),
LOUIS CABILING (Doctor at T.C.F.),
KIM ORTEZ (Clinical Supervisor),
BETTY ESQUIBEL (Provider at T.C.F.),
A. ANDERSON (R.N. at T.C.F.),
DEBORAH L. BERRY (Provider at T.C.F.), and
VERNON McDOWELL (Case Manager FMCC),

    Defendants.
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 6 - 2006

GREGORY C. LANGHAM
    CLERK

---

ORDER DENYING SECOND FED. R. Civ. P. 60(b) MOTION

---

The matter before the Court is the *pro se* "Motion for Relief of Judgement [sic], Fed. R. Civ. P. 60(b)" and "Addendum to: Relief of Judgement [sic] Motion Fed. R. Civ. P. 60(b)," that Plaintiff Kyle L. Houston filed with the Court. The Motion for Relief is the second request for reconsideration that Plaintiff has filed in the instant action. Mr. Houston again asks the Court to set aside the November 16, 2005, Order and Judgment of Dismissal. The Court must construe the Motion liberally, because Mr. Houston is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Mr. Houston was told in the November 16 Order, which denied his first Motion filed pursuant to Fed. R. Civ. P. 60(b), that relief under Rule 60(b) is appropriate only in

extraordinary circumstances. ***Massengale v. Oklahoma Bd. of Examiners in Optometry***, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant Prisoner Complaint and the action without prejudice, because Plaintiff failed to assert exhaustion of his administrative remedies. Upon consideration of the entire file, the Court finds and concludes that Mr. Houston again fails to present any extraordinary circumstances that justify relief pursuant to Rule 60(b). Therefore, Plaintiff's second Motion will be denied. Accordingly, it is

ORDERED that Plaintiff's Fed. R. Civ. P. 60(b) Motion, filed February 13, 2006, is denied.

DATED at Denver, Colorado, this 3 day of March, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01405-BNB

Kyle Lee Houston
Prisoner No. 62173
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  3-6-06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk