IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01405-ZLW

KYLE LEE HOUSTON,

        Plaintiff,

v.

C. SHAMES (Physican [sic] at DRDC),
FRED G. HUDSON (Provider at DRDC),
LOUIS CABILING (Doctor at T.C.F.),
KIM ORTEZ (Clinical Supervisor),
BETTY ESQUIBEL (Provider at T.C.F.),
A. ANDERSON (R.N. at T.C.F.),
DEBORAH L. BERRY (Provider at T.C.F.), and
VERNON McDOWELL (Case Manager FMCC),

        Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

    Plaintiff submitted a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed.R.App.P.24 on March 14, 2006. The court has determined that the document is deficient as described in this order. plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      ___ is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      ___ is not submitted
      ___ is missing affidavit
      X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

    __  is missing required financial information
    __  is missing an original signature by the prisoner
    __  is not on proper form (must use the court's current form)
    __  other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __27__ day of ____March____, 2006.

BY THE COURT:

*Zita L. Weinshienk*
ZITA L. WEINSHIENK, Senior Judge
United States District Court