**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-01405-ZLW

KYLE L. HOUSTON,

    Plaintiff,

v.

C. SHAMES (Physcan [sic] at DRDC),
FRED G. HUDSON (Provider at DRDC),
LOUIS CABILING (Doctor at T.C.F.),
KIM ORTEZ (Clinical Supervisor),
BETTY ESQUIBEL (Provider at T.C.F.),
A. ANDERSON (R.N. at T.C.F.),
DEBORAH L. BERRY (Provider at T.C.F.), and
VERNON McDOWELL (Case Manager FMCC),

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    On April 4, 2006, Plaintiff filed a Letter asking that the Court request copies of his trust fund account statement apparently from prison staff.  Plaintiff appears to be responding to the Court's March 27, 2006, Order directing him to provide a **certified** copy of his account statement.  The Court received a copy of Plaintiff's account statement, but it is not **certified**.

    Plaintiff is responsible for obtaining and providing to the Court a **certified** account statement.  His request that the Court request a copy is DENIED.  Plaintiff has until April 27, 2006, to submit a **certified** statement.

Dated:  April 5, 2006