IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



Civil Action No. 05-cv-01405-ZLW

KYLE L. HOUSTON,

    Plaintiff,

v.

C. SHAMES (Physician [sic] at DRDC),
FRED G. HUDSON (Provider at DRDC),
LOUIS CABILING (Doctor at T.C.F.),
KIM ORTEZ (Clinical Supervisor),
BETTY ESQUIBEL (Provider at T.C.F.),
A. ANDERSON (R.N. at T.C.F.),
DEBORAH L. BERRY (Provider at T.C.F.), and
VERNON McDOWELL (Case Manager FMCC),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff filed a request for reconsideration of the Court's April 21, 2006, Order denying leave to proceed *in forma pauperis* on appeal. The request is DENIED.

Dated: May 17, 2006

Copies of this Minute Order were mailed on May 17, 2006, to the following:

Kyle Houtson
Reg. No. 62173
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

                                  Secretary/Deputy Clerk